HENRY HEILBRUNN et al., as Executors of LOUIS HEILBRUNN, Deceased, Appellants, *v.* NELSON S. KELLOGG, Individually and as Executor of HOMER F. KELLOGG, Deceased, Respondent, Impleaded with Others.

Submitted December 9, 1938; decided January 4, 1939.

774

*Sidney M. Wittner* for appellants.

*George S. Mittendorf* and *Milton R. Friedman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.